No. 82–1212. GULLO v. McGILL ET UX. Appeal from Cir. Ct. Fairfax County, Va., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. THE CHIEF JUSTICE, JUSTICE REHNQUIST, and JUSTICE O'CONNOR would award appellees damages pursuant to this Court's Rule 49.2.

No. 82–1668. YOUNG v. TOWN OF ATLANTIC BEACH. Appeal from Sup. Ct. N. C. dismissed for want of substantial federal question.

No. 81–1249. EIDE ET UX. v. SEGUIN. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of United States v. $8,850, 461 U. S. 555 (1983).

No. 82–452. UNITED STATES v. VON NEUMANN. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of United States v. $8,850, 461 U. S. 555 (1983).

No. 82–1113. DUNCANSON-HARRELSON CO. ET AL. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Morrison-Knudsen Construction Co. v. Director, OWCP, 461 U. S. 624 (1983).